Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR-09-5511-RBL |
| v. | ORDER ON DEFENDANT ROY HURSH'S MOTION TO VACATE ALL CONDITIONS OF APPEARANCE BOND AND FOR RETURN OF PASSPORT |
| ROY HURSH, | |
| Defendant. | |

The Court having granted the Government's Motion to Dismiss the prosecution against the Defendant Roy Hursh and Mr. Hursh having moved for an Order Vacating all Conditions of the Appearance Bond entered on August 21, 2009, and for return of his passport,

IT IS HEREBY ORDERED:

1. The Appearance Bond for Roy Hursh dated August 21, 2009, is hereby vacated in all respects, including the requirement of Pretrial Services Supervision.

[PROPOSED] ORDER ON DEFENDANT ROY HURSH'S MOTION
TO VACATE ALL CONDITIONS OF APPEARANCE BOND
AND FOR RETURN OF PASSPORT CR-09-5511-RBL - 1

LAW OFFICES OF DAVID B. BUKEY
501 4th Avenue, Suite 2150
Seattle, Washington 98101-3225
(206) 382-1787  Fax (206) 340-1936

2. The Clerk is directed to return Mr. Hursh's passport, currently being held in the vault of the Clerk of Court's Office in Tacoma, Washington, to Mr. Hursh's counsel of record David B. Bukey or to his authorized representative.

IT IS SO ORDERED this 22nd day of December, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

LAW OFFICES OF DAVID B. BUKEY

/s/ David B. Bukey_____
David B. Bukey, WSBA #8091
Attorney for Defendant Roy Hursh

[PROPOSED] ORDER ON DEFENDANT ROY HURSH'S MOTION
TO VACATE ALL CONDITIONS OF APPEARANCE BOND
AND FOR RETURN OF PASSPORT CR-09-5511-RBL - 2

LAW OFFICES OF DAVID B. BUKEY
501 4th Avenue, Suite 2150
Seattle, Washington 98101-3225
(206) 382-1787  Fax (206) 340-1936